# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEO STUTSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA ENTZEL,<br><br>　　　　　Respondent. | Case Nos. CV 17-05483-JAK (JEM)<br><br>　　　93-CR-00152-LSC-SGC-3<br>　　　　　(N.D. Ala.)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: November 17, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE